FILED

SEP 21 2016

Clerk, U.S. District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>WILLIE EUGENE TURNER,<br><br>Defendant. | CR 05-30-BLG-SPW<br><br>ORDER |

For the reasons stated on the record, WILLIE EUGENE TURNER is hereby released from the custody of the U.S. Marshals Service.

DATED this 21st day of September, 2016.

Susan P. Watters
SUSAN P. WATTERS
U.S. DISTRICT COURT JUDGE

1